# EXHIBIT 1

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| | ) | |
| 380 LESLIE LANE , WEAVERVILLE, TRINITY COUNTY, CALIFORNIA 96093 | ) ) ) | Case No. 2:22-JW-0191 DB |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     03/16/2022, 6:05pm

City and state:     Sacramento, California

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## I. PREMISES TO BE SEARCHED

The premises to be searched is located at 380 Leslie Lane, Weaverville, California (the "SUBJECT PREMISES"). As depicted in the photographs below, the SUBJECT PREMISES is a single-family home located on a parcel in Trinity County, California. According to Trinity County property records, the parcel is described as a 4.28-acre parcel of land, zoned with Trinity County as "CXX1" – Residential Family, located at the end of Leslie Lane in Weaverville, CA. This parcel contains the SUBJECT PREMISES, with an attached three-car garage. The SUBJECT PREMISES is light in color with dark-colored composite roofing and has an in-ground pool yard off the northeast of its back porch. The SUBJECT PREMISES also has a small 10x12 detached outbuilding, a few feet from the northwest corner. In addition, the parcel has a large shop, light in color, with a bluish-gray-colored metal roof, 20-30 yards south of the primary residence.



1



2

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
Signature of Judge                                                    Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245 D-KX-3115613

On (date) 03/14/2022

item (s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Yazan Anofan Abdul-Latif

(Street Address) 320 Leslie Lane

(City) Knoxville, CA

Description of Item (s):

(1) GMAC GMC Denali 2020 Truck, CA Plate 4757/22
    VIN: 1GT19REY2LF112317

(2) 2016 Blue/Navy Blue Maybach Mercedes-Benz
    S650 Truck, VIN: WDDUG8FB2GA192661

Received By: _____
(Signature)

Printed Name/Title: _____

Received From: _____
(Signature)

Printed Name/Title: Yazan Abdul-Latif

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) 03/17/2022

item (s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Yazan Arafat Abdul-Latif

(Street Address) 360 Leslie Lane

(City) Weaverville, CA

Description of Item (s):

1. Pay Sheets / Paperwork
2. Lexar Guide Game Drive PS4 Thumb drive / PS4 Drive S/N: G11-300 LD10256631
3. Bank of America Paperwork / Statements
4. Tax Receipt, travel Docs
5. Ipad Serial: DMPZ71KNJF6K
6. Airline ticket Receipt, Cashier check receipt
7. Chase Bill and Banking statements
8. Banking paperwork receipt, promisory notes
9. Silver Audemars Piguet Watch
10. Black Versace sunglasses inside of white Tom Ford sunglasses case
11. Beige Bottega Veneta purse with gold chain
12. Shane + Co jewlery and receipts
13. White Iphone ® white cell case
14. White Iphone X 354787107389945
15. White Iphone in white case
16. White Iphone in black case
17. Black Iphone in black case

Received By: _____ (Signature)

Received From: _____ (Signature)

Printed Name/Title: _____

Printed Name/Title: YAZAN ABDUL-LATIF

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245D-KX-341715

On (date) 05/11/2022

item (s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Victims Wallet Abdul-Latif

(Street Address) 

(City) 

Description of Item (s):

| | |
|---|---|
| (18) | Black Iphone |
| (19) | Apple Macbook pro model A1502 Laptop |
| (20) | Apple Leptop Model A2338 |
| (21) | Verizon SIM Card |
| (22) | Unifi Cloud Storage/Hard Drive Key Gen 2 Model UCK-G2-2 |
| (23) | Canon Powershot G1X Mark II Camera |
| (24) | Gold Necklace |
| (25) | T-Mobile Sim Card, Sim Card # 8901260827101627 |
| (26) | Financial Reports |
| (27) | Tax Records |
| (28) | Drug notes, Process + type of weed |
| (29) | USB Drive silver/black |
| (30) | Handwritten notes, dollar amounts |
| (31) | notes of payments |
| (32) | Box of 9mm ammo |
| (33) | 2020 x2 USPS receipts |
| (34) | Black Ruger Model LCP s/n 376-484155 |
| (35) | #110 |

Received By: _____
(Signature)

Printed Name/Title: BRANDON STRYKER / TFO

Received From: _____
(Signature)

Printed Name/Title: JAEAN ABDUL-LATIF

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) _____

item (s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) _____

(Street Address) _____

(City) _____

Description of Item (s):

1) Banking Information
2) Black Louis Vuitton Purse
3) Red Christian Dior purse
4) Beige + Brown Louis Vuitton Purse
5) Blue _____ purse
6) Black Chanel purse
7) Tan Gucci purse with silver chain
8) Beige + Brown checkered + Louis Vuitton backpack
9) White Chanel Purse
10) Jewelry in Oh Polly box
11) Black Louis Vuitton Backpack
12) _____ N2220
13) _____
14) Bankers Keys + mail keys
15) _____
16) Black Coach buckbank
17) Money wrapping _____
18) Money Counter + Royal Sovereign

Received By: _____
(Signature)

Printed Name/Title: BRANDON STEPHER / TFO

Received From: _____
(Signature)

Printed Name/Title: Yazan Abdl-Latif

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 2-15D KX-3413643

On (date) 03/14/2022

item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Yousan Arafat Abdul-Latif

(Street Address) 3.0 Leslie Lene

(City) Greenville, CA

Description of Item (s):

(51) DL Money Counter Model 1115B

(52) Sig Gold Armory USA Model XDM-1.45 S/n MG911663 with magazine

(53) US Currency $306,000

(54) Three black Jewelry Luggage Bags

(55) 58 packaged bags of suspected Marijuana

(56) 2 rounds removed from Item #55

(57) _____ rounds removed from Item #54

Received By: _____
(Signature)

Printed Name/Title: Brandon Stryker TFO

Received From: _____
(Signature)

Printed Name/Title: Yousan Abdul-Latif

## ATTACHMENT B

I.  **ITEMS TO BE SEIZED**

    1.    The items to be seized are evidence, contraband, fruits, or instrumentalities of violations of 21 U.S.C. § 841(a)(1) (possession with intent to distribute controlled substances), 21 U.S.C. § 846 (conspiracy and attempt to distribute controlled substances), and 18 U.S.C. 1956 (money laundering) (the "Subject Offense[s]"), namely:

    a.    Any controlled substance, controlled substance analogue, or listed chemical;

    b.    Items and paraphernalia for the manufacturing, distributing, packaging, sale, or weighing of controlled substances, including scales and other weighing devices, plastic baggies, food saver sealing devices, heat sealing devices, balloons, packaging materials, containers, and money counters;

    c.    Items used in the packaging of currency for consolidation and transportation, such as money-counting machines, money wrappers, carbon paper, rubber bands, duct tape or wrapping tape, plastic wrap or shrink wrap, and plastic sealing machines;

    d.    United States currency over $1,000 or bearer instruments worth over $1,000 (including cashier's checks, traveler's checks, certificates of deposit, stock certificates, and bonds) (including the first $1,000), and data, records, documents, or information (including electronic mail, messages over applications and social media, and photographs) pertaining to, obtaining, possessing, using, applications for, or transferring money over $1,000, such as bank account records, cryptocurrency records, and accounts;

    e.    Documents and records reflecting the identity of, contact information for, communications with, or times, dates or locations of meetings with co-conspirators, sources of supply of controlled substances, or drug customers, including calendars, address books, telephone or other contact lists, pay/owe records, distribution or customer lists, correspondence, receipts, records, and documents noting price, quantities, and/or times when drugs were bought,

1

sold, or otherwise distributed, whether contained in hard copy correspondence, notes, emails, text messages, photographs, videos (including items stored on digital devices), or otherwise;

   f. Records, documents, programs, applications, and materials, or evidence of the absence of same, sufficient to show call log information, including all telephone numbers dialed from any of the digital devices and all telephone numbers accessed through any push-to-talk functions, as well as all received or missed incoming calls;

   g. Records, documents, programs, applications or materials, or evidence of the absence of same, sufficient to show SMS text, email communications or other text or written communications sent to or received from any of the digital devices and which relate to the above-named violation[s];

   h. Records, documents, programs, applications or materials, or evidence of the absence of same, sufficient to show instant and social media messages (such as Facebook, Facebook Messenger, Snapchat, FaceTime, Skype, and WhatsApp), SMS text, email communications, or other text or written communications sent to or received from any digital device and which relate to the above-named violation[s];

   i. Audio recordings, pictures, video recordings, or still captured images related to the purchase, sale, transportation, or distribution of drugs;

   j. Contents of any calendar or date book;

   k. Global Positioning System ("GPS") coordinates and other information or records identifying travel routes, destinations, origination points, and other locations; and

   l. Any digital device (any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop, laptop, notebook, and tablet computers; personal digital assistants; wireless communication devices, such as paging devices, mobile telephones, and smart phones; digital cameras; gaming consoles; peripheral input/output devices, such as keyboards, printers, scanners, monitors, and drives; related communications devices, such as modems, routers, cables, and connections; storage media; and

2

security devices) which is itself or which contains evidence, contraband, fruits, or instrumentalities of the Subject Offense/s, and forensic copies thereof.